UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

RONALD RUBIN,

    Plaintiff,

v.

ROBERTA LEHRMAN,

    Defendant.

_____/

## COMPLAINT

RONALD RUBIN, by and through undersigned counsel, hereby sues Defendant, ROBERTA LEHRMAN, as follows:

### JURISDICTION, PARTIES AND VENUE

1. Plaintiff, Ronald Rubin ("Ronald"), at all material times was a resident of Washington, D.C.

2. Defendant, Roberta Lehrman ("Roberta"), at all material times was a resident of Palm Beach County, Florida.

3. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332(a), as it is between citizens of different States, and the matter in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(1).

5. All conditions precedent have been fulfilled, waived, or otherwise satisfied.

### Overview

6. Walter and Lucille Rubin ("the Rubins") were married for sixty-two (62) years and lived in an apartment in Devonshire at PGA National ("Devonshire"), an independent living

1

community in Palm Beach Gardens, Florida, since 2018.

7. Walter Rubin ("Walter") was eighty-six (86) years old when he died on April 11, 2021.

8. Prior to Walter's death, the Rubins had good relationships with their two sons, Ronald and Richard Rubin ("Richard"), but were estranged from their two daughters, Roberta and Randi Barrett ("Randi"). Roberta and Randi have a very close relationship with each other.

9. Several years before Walter's death, the Rubins drafted wills that intentionally disinherited Randi, and created equal testamentary trusts for Roberta, Ronald, and Richard.

10. Shortly before Walter's death, the Rubins considered disinheriting Roberta, but Ronald dissuaded them from doing so. However, the Rubins executed estate documents that directed Ronald and their financial advisor, Darrell Horn ("Horn"), to prevent Roberta from sharing her inheritance with Randi or otherwise undermining their wishes that Randi inherit nothing from them.

11. To prevent Ronald from protecting the Rubins' assets from Roberta and Randi, Roberta made defamatory statements and told lies about Ronald to Lucille, Richard, the police, and other individuals.

12. In addition, Roberta accused Ronald of committing crimes that she knew he had not committed, and communicated those accusations to Lucille and others.

13. Roberta repeatedly committed defamation and defamation *per se* against Ronald in an effort to have him removed and barred from Devonshire; to isolate Lucille from Ronald and Richard; and to trick Lucille into (a) hiring the same lawyers that she and Walter had fired just four weeks earlier, (b) paying those lawyers hundreds of thousands of dollars to perform legal work that benefitted the lawyers, Roberta, and Randi, but did not benefit Lucille, (c) making

Roberta and Randi her durable powers of attorney, (d) challenging Walter's will and other estate documents that Walter and Lucille had executed together, (e) executing new estate planning documents that would enrich Roberta and Randi, and harm Ronald and Richard, and (f) retaining and paying an independent attorney to represent Roberta in her own challenge to Walter's will.

### Roberta's and Randi's Estrangement

14. Randi had very little to do with her parents since 2002, when she disregarded their disapproval of her fiancé and told them she didn't care if they skipped her wedding (they did). She called Walter "toxic" (the insult outraged him) and said that it was not worth the effort to have a relationship with her parents, and that she did not care if they disinherited her. Prior to Walter's death, the Rubins barely knew their grandchildren (*i.e.* Randi's children).

15. Roberta had little to do with her parents after they bought her a house in nearby Delray Beach (she belittled the gift as "just money"). She never forgave Walter and Lucille for remaining in Israel when her adult son fell ill in 2016, and for not visiting him in a Miami hospital before he died in 2017.

16. After a 2018 argument over the size of the Rubins' contribution to Roberta's son's memorial foundation, Roberta refused to disguise or hide her disapproval of what she felt was her parents' selfishness. Her infrequent visits and telephone conversations with them usually ended in screams.

17. In 2019, Ronald implored Roberta to stop arguing with her father because he was physically frail. She replied, "So what? Let him die already. So long as his will is in order, who cares?" On a subsequent occasion, after Walter threatened to disinherit her, she scoffed, "So what? I'll just challenge his will. And maybe I'll take some of Ma's jewelry after he dies."

**July 2020 to February 2021: Ronald Cares for His Parents During Quarantine**

18. Between July 2020, when the Rubins' longtime assistant left their employment, and February 2021, Ronald devoted himself to keeping his parents' lives from falling apart.

19. While COVID-19 restrictions prevented in-person visits, Ronald participated in his parents' doctors' appointments via speakerphone or video conferencing, performed administrative tasks remotely, alleviated their social isolation by video conferencing with them, made sure they took their medications properly, and called them every day.

20. During this time, Roberta and Randi almost never called their parents.

21. Roberta was neither sympathetic to nor concerned about the Rubins' declining health. Despite living nearby, she did not visit or assist with their medical problems, and implored Ronald to stop calling and assisting them. Roberta stubbornly refused to reconcile with her parents, had heated arguments with them, and vowed to challenge their wills if they disinherited her.

**March 3 to April 11, 2021: Ronald Cares for His Parents in Florida During Walter's Illness**

22. On March 3, 2021, ten days after the Rubins had received their second COVID-19 vaccinations (*i.e.,* as soon as the Rubins had obtained complete immunity from the virus), Ronald traveled to Devonshire to take Walter to an MRI and a PET scan, and to celebrate Walter's eighty-sixth (86th) birthday (March 5, 2021).

23. On March 8, 2021, after Walter's doctor had reviewed the MRI and PET scan and delivered a good prognosis, the Rubins asked Ronald to stay in Florida to care for them. Ronald lives in Washington, D.C., but, concerned by the deterioration in his parents' physical health during the yearlong quarantine, he agreed to remain in Florida indefinitely.

24. On March 12, 2021, Ronald arrived at the Devonshire apartment to find Walter lying awake on the bathroom floor. An ambulance took him to the nearest hospital's emergency

room, where tests eventually revealed that Walter had pneumonia and other previously undiagnosed illnesses. Ronald spent that day and the next seven days in the hospital with his father, remaining there until at least 9:00 p.m. each evening, and (if he didn't stay overnight) returning at 8:00 a.m. the next morning, when visitors were allowed.

25. Roberta never attempted to visit Walter in the hospital, and repeatedly scolded Ronald for remaining there and told him to return to his hotel. When Ronald explained that his father would become agitated if he left, Roberta replied, "So what? That's the nurses' problem. Just tell them to give him more Clonazepam."

26. During Walter's hospitalization, Ronald repeatedly asked Roberta to stay with Lucille in the Devonshire apartment. Roberta refused, and would not even drive from Delray Beach to Palm Beach Gardens to check on Lucille. On the nights that Ronald was able to leave the hospital, he always went to Devonshire to spend time with Lucille and put her to bed before returning to his hotel.

27. Ronald spent every day between Walter's March 19, 2021 discharge from the hospital until his death on April 11, 2021, caring for his parents in their apartment, arriving at Devonshire at 7:45 a.m., leaving no earlier than 9:00 p.m., overseeing 24-hour nurses, and securing critical medical supplies and equipment. During this time, Roberta reluctantly visited Devonshire for a total of a few hours, but only after Ronald pleaded with her to do so.

28. During the final weeks of his life, Walter, repeatedly asked Ronald to care for Lucille after he died. Ronald always replied by promising to care for his mother for the rest of her life.

29. At 5:20 a.m. on April 11, 2021, Ronald sat beside Lucille in Walter's bedroom and held his hand as he died. No other family members were present. Lucille thanked Ronald many

times for everything he had done and said she was happy to have Ronald continue caring for her.

**April 12 to April 20: Roberta and Randi Plot and Prepare to Remove Ronald**

30. On Monday, April 12, 2021, Ronald found a box of jewelry in Lucille's apartment that Lucille believed had been stolen years earlier. In light of Roberta's comments about taking jewelry after Walter's death, Ronald and Lucille selected the fifteen (15) most valuable pieces, worth approximately $500,000, and agreed to hide them in the apartment until they could get a safe deposit box ("SDB") in the PNC Bank branch downstairs. Roberta learned about the expensive jewelry and demanded that Ronald give it to her. He refused to do so until it could be inventoried and safeguarded.

31. After returning from Walter's funeral the next evening, Roberta announced that she was sleeping in Walter's bedroom, and refused to leave the Devonshire apartment, forcing Ronald to continue staying in a hotel. For the rest of that week, Roberta prevented Ronald from getting an SDB with Lucille by taking her on all-day shopping trips.

32. During this time, Roberta continued demanding that Ronald produce the expensive jewelry and repeatedly told Lucille that he intended to keep it for himself. Ronald showed Roberta and Lucille photos of the expensive jewelry he was safeguarding and begged Roberta to stop upsetting Lucille until he could inventory and secure it in an SDB, but Roberta persisted.

33. To turn Lucille against Ronald, Roberta repeatedly told Lucille that Ronald had done nothing for her, that he was "broken" and "crazy," and that he was determined to control Lucille, her money, and Walter's estate. These statements were not true; Roberta made them with express malice, and she knew they were not true.

34. To turn Lucille against Ronald, Roberta repeatedly told Lucille that Ronald had

6

"monopolized" Walter by staying with him in the hospital, that Ronald had prevented Lucille from visiting Walter in the hospital, that Ronald had forced Lucille to ask his permission to visit Walter in the hospital, that Ronald wanted to control Lucille and her money, and that Ronald had only cared for Walter during the last six weeks of his life because Ronald knew Walter was dying and wanted to position himself to benefit from Walter's death. These statements were not true; Roberta made them with express malice, and she knew they were not true.

35.     To turn Lucille against Ronald, Roberta repeatedly told Lucille that Ronald had taken advantage of her and Walter, had tricked them into signing estate planning documents that were not favorable for Lucille, and that Ronald had inserted himself into his father's will as the named executor (personal representative).

36.     These statements were not true; Roberta made them with express malice, and she knew they were not true.

37.     For one week after Walter's funeral, Ronald followed his routine of the prior six weeks, arriving each day at the Devonshire apartment at 8:00 a.m., quietly sitting "Shiva" (in the deceased's home) according to Jewish tradition, and leaving at 9:00 p.m. Throughout this time, Roberta repeatedly prodded Lucille to make Ronald leave the apartment, but Lucille would not insist that Ronald leave.

38.     When Ronald arrived at Devonshire on Monday, April 19, 2021, he discovered that Randi, who was even more aggressive than Roberta, had replaced Roberta in Walter's bedroom. Randi informed Ronald that she was now occupying Walter's bedroom and that Richard, who had expected to stay there beginning that Wednesday, would have to stay in a motel.

39.     Like Roberta, Randi took Lucille away from Devonshire all day. While they were out, Ronald opened an SDB at the PNC Bank, and then, with Lucille's Certified Nursing Assistant

7

("CNA") as a witness, removed the expensive jewelry from its hiding place in the apartment, carried it downstairs to the bank, and placed every piece in the photos he had shown Lucille and Roberta into the SDB.

40. On April 20, 2021, Randi took Lucille out all day, returned at 8:00 p.m., and, after Ronald left the apartment, unsuccessfully attempted to change the apartment's locks.

**April 21 to May 4, 2021: Roberta Defames Ronald to Remove Him from Devonshire, Isolate Lucille, and Get Lucille to Execute New Estate Documents to Enrich Herself**

41. On Wednesday, April 21, 2021, Devonshire security, investigating Randi's attempt to change the locks, instructed Randi, Roberta, and Lucille to wait in Lucille's apartment while they interviewed Ronald (who was listed in Devonshire's records as Lucille's primary family contact) in a nearby common room. Minutes later, Randi and Roberta burst out of the apartment with Lucille in tow and ran toward the elevator.

42. Upon seeing this, Ronald jumped up from the interview and stepped in front of the elevator. The Devonshire security officers again instructed Randi, Roberta, and Lucille to return to the apartment and wait to be interviewed next.

43. Roberta then called the police or caused another person to do so, and caused the police to be falsely informed that Ronald was refusing to leave his mother's apartment (even though he was being interviewed in the common room at the time).

44. The police arrived and questioned Lucille. Based on Roberta's and Randi's prodding, Lucille said she thought it would be a good idea for Ronald to leave Devonshire until Lucille invited him back. He left Devonshire as he had arrived that morning, in Walter's car.

45. Roberta then filed, or caused to be filed, a police report accusing Ronald of stealing Walter's car, which she falsely alleged had been registered to Lucille.

46. In fact, Roberta knew that the Rubins had given Ronald use of the vehicle on

8

March 3, 2021, and that Ronald had been using the car exclusively to care for Walter and Lucille. Notably, Lucille had not driven for at least the last four years, was no longer driving at that time, and had never asked Ronald to return the vehicle.

47. As soon as the police left Devonshire on April 21, 2021, Roberta drove Lucille to the office of the same lawyer she and Walter had fired just a month earlier, after an independent legal review of the estate documents that lawyer had drafted for them.

48. Roberta convinced Lucille to rehire the lawyer and his firm (the "Rehired Lawyer"); to execute documents making Roberta Lucille's durable power of attorney, pre-need guardian, and health care surrogate; and to file a caveat that blocked the probate of Walter's will.

49. Two hours after Roberta took Lucille to the Rehired Lawyer on April 21, 2021, Richard and his girlfriend, who had flown from Maine to Florida, arrived at Lucille's apartment.

50. Roberta kept Lucille at an undisclosed location that night. Richard, believing Roberta had kidnapped Lucille, filed a complaint with the Florida Department of Adult Protective Services. The following day, after forcing Richard and his girlfriend to leave, Roberta returned to the apartment with Lucille.

51. Shortly after April 21, 2021, Roberta notified Lucille's bank that she had durable powers of attorney over Lucille, thereby giving Roberta direct access to millions of dollars in Lucille's accounts.

52. Roberta then changed the accounts' passwords to prevent Horn and his associate Richard Finch ("Finch") from monitoring Lucille's bank accounts.

53. On April 23, 2021, after learning that Roberta had falsely reported, or caused the false reporting of, Walter's car being stolen, Ronald voluntarily gave the car and keys to Richard, who gave the keys to Lucille. Only then did Roberta withdraw, or cause the withdrawal of, her

false police report.

54. During Richard's seven days in Florida, Roberta only allowed him to see Lucille alone, in her apartment, for a few hours on April 26, 2021. He returned to Maine the next day.

55. On Wednesday, April 28, 2021, Ronald's attorney informed the Rehired Lawyer and Roberta that Ronald wanted to meet at the PNC Bank that day, or as soon as possible thereafter, to remove the expensive jewelry from the SDB and give it to Lucille.

56. Roberta and the Rehired Lawyer declined Ronald's offer and said they would contact Ronald's attorney when they were available. They did not do so until Tuesday, May 4, 2021, after Ronald had left the SDB keys with his attorney and returned to his home in Washington, DC. By then, Roberta and the Rehired Lawyer had gotten Lucille to execute new estate planning documents that financially benefitted Roberta and financially harmed Ronald and Richard.

57. Between April 28, 2021, and May 4, 2021, Roberta repeatedly and falsely told Lucille that Ronald had stolen her expensive jewelry, and that he had not attempted to return it to her.

58. In May of 2021, Roberta admitted to Richard that Lucille had executed a new will. On many occasions in May and June of 2021, Lucille acknowledged to both Richard and Ronald that she had executed a new will drafted by the Rehired Lawyer.

**Roberta Continues Defaming Ronald by Lying to Lucille about Her Expensive Jewelry**

59. Between May 5 and June 7, 2021, Ronald's attorney diligently worked with PNC Bank officials and lawyers representing Lucille and Roberta to transfer the expensive jewelry from the SDB to Lucille.

60. Throughout this time, Roberta repeatedly lied to Lucille, telling her that Ronald had put her expensive jewelry in his SDB, had taken the SDB's keys back to Washington and had

10

not been heard from since, had refused to return her expensive jewelry, and that in doing so Ronald had committed the crime of Grand Theft.

61. Finally, on June 7, 2021, Lucille's attorney agreed to allow Ronald's attorney to transfer the expensive jewelry to Roberta's attorney.

62. Roberta falsely told Lucille that Ronald had only returned her expensive jewelry after a court had ordered him to do so. Roberta then locked the expensive jewelry in a safe only she could open.

### May 5, 2021 to Present: Roberta Continues Defaming Ronald to Get Lucille to Pay Hundreds of Thousands of Dollars to the Rehired Lawyer to Challenge Walter's Will, and to Pay Roberta's Independent Attorney's Fees to Challenge Walter's Will

63. On May 5, 2021, after Roberta briefly left Lucille alone with her CNA, Lucille called Ronald, who added Horn and Finch to the call. Lucille repeatedly told them that she was afraid of angering her daughters, she wanted to hire an independent attorney, and she would appreciate Horn's help finding one.

64. Minutes later, Roberta returned, learned of the call, and convinced Lucille that she couldn't trust Horn and she didn't need a new lawyer. Roberta then called Randi, who agreed that they could "not let her out of our sight again for a minute." The next day, Roberta's attorney warned Horn and Finch not to visit or communicate with Lucille (their client).

65. Roberta falsely misrepresented to Lucille that Ronald is responsible for the probate litigation involving Walter's estate despite the fact that Roberta and Lucille (at Roberta's instigation) commenced the litigation to block the probate of Walter's estate, that Walter's assets and the probate of his estate are "frozen" because Ronald refuses to "back off," and that Ronald is using Lucille's money to pay his attorney's fees in the probate litigation.

66. Roberta falsely told Lucille that Ronald had improperly used Walter's estate's

funds to pay Ronald's attorney's fees incurred in the probate of Walter's estate. In fact, Ronald has used his personal savings to pay all of these attorney's fees. Walter's estate's funds have never been used by Ronald for this purpose.

67. The false, defamatory, and malicious statements about Ronald referenced hereinabove that Roberta has repeatedly made to Lucille and others, and which she continues making to Lucille, caused Lucille to become estranged from Ronald.

68. Lucille now believes that Ronald is an evil, nasty, wicked, moronic, incompetent, greedy, miserable human being; that he commits crimes and is a criminal; that he is untrustworthy and dishonest; and that he is a liar.

69. Lucille often tells people that she wishes she had aborted Ronald during her pregnancy or killed him in his cradle, and that she would like to hire an assassin to murder him. Lucille has repeatedly expressed, and continues to express, these opinions and beliefs to Ronald, Richard, Horn, Finch, her CNA, her attorneys, Devonshire employees, and others.

## CAUSES OF ACTION

### COUNT 1
**(Defamation Per Se)**

70. Plaintiff realleges paragraphs 1 through 69 above.

71. Roberta made a series of defamatory statements about Ronald to third parties.

72. Roberta's primary motive in making these statements was to injure Ronald.

73. The defamatory statements included the following:

    a. Ronald committed the crime of grand theft and stole Lucille's jewelry;

    b. Ronald stole Lucille's car;

    c. Ronald improperly used Lucille's money to pay his attorneys' fees in the probate litigation;

   d. Ronald improperly used Walter's estate's money to pay his attorneys' fees in the probate litigation;

   e. Ronald prevented Lucille from visiting Walter in the hospital;

   f. Ronald forced Lucille to ask his permission to visit Walter in the hospital;

   g. Ronald tricked Lucille and Walter into signing estate planning documents that were not favorable for Lucille;

   h. Ronald inserted himself into Walter's Will as his named personal representative;

   i. Ronald refused to leave Lucille's apartment; and

   j. Ronald took advantage of Lucille and Walter.

  74. These statements by Roberta regarding Ronald tended to expose Ronald to hatred, ridicule, and contempt, and tended to injure Ronald in his business, reputation, and occupation.

  75. Roberta's statements were defamatory *per se*.

  76. As a proximate result and consequence of Roberta's defamation, Ronald has suffered general and special damages, including (a) past and future damage to his business, reputation, and occupation; (b) past and future loss of ability to earn money; (c) past and future shame, humiliation, mental anguish, and hurt feelings; and in the alternative, (d) nominal damages.

  77. Roberta's conduct was intentional and outrageous, thereby justifying an award of punitive damages.

  WHEREFORE, Plaintiff, Ronald Rubin, demands judgment against Defendant, Roberta Rubin, for general and special damages, including (a) past and future damage to Ronald's business,

reputation, and occupation; (b) past and future loss of ability to earn money; (c) past and future shame, humiliation, mental anguish, and hurt feelings; (d) nominal damages; (e) punitive damages; (f) interest; (g) costs; and (h) such further relief as the Court deems just and proper.

## COUNT 2
### (Defamation)

78. Plaintiff realleges paragraphs 1 through 69 above. This Count is pled in the alternative to Count 1.

79. Roberta made a series of false and defamatory statements about Ronald to third parties.

80. The false and defamatory statements included the following:

    a. Ronald committed the crime of grand theft and stole Lucille's jewelry;

    b. Ronald stole Lucille's car;

    c. Ronald improperly used Lucille's money to pay his attorneys' fees in the probate litigation;

    d. Ronald improperly used Walter's estate's money to pay his attorneys' fees in the probate litigation;

    e. Ronald prevented Lucille from visiting Walter in the hospital;

    f. Ronald forced Lucille to ask his permission to visit Walter in the hospital;

    g. Ronald tricked Lucille and Walter into signing estate planning documents that were not favorable for Lucille;

    h. Ronald inserted himself into Walter's Will as his named personal representative;

      i.      Ronald refused to leave Lucille's apartment; and

      j.      Ronald took advantage of Lucille and Walter.

81.    Roberta made these false statements with actual malice in that she made them with knowledge of, or reckless disregard as to, their falsity.

82.    As a proximate result and consequence of Roberta' defamation, Ronald has suffered general and special damages, including (a) past and future damage to his business, reputation, and occupation; (b) past and future loss of ability to earn money; (c) past and future shame, humiliation, mental anguish, and hurt feelings; and in the alternative, (d) nominal damages.

WHEREFORE, Plaintiff, Ronald Rubin, demands judgment against Defendant, Roberta Rubin, for general and special damages, including (a) past and future damage to Ronald's business, reputation, and occupation; (b) past and future loss of ability to earn money; (c) past and future shame, humiliation, mental anguish, and hurt feelings; (d) nominal damages; (e) punitive damages; (f) interest; (g) costs; and (h) such further relief as the Court deems just and proper.

## COUNT 3
### (Defamation)

108.    Plaintiff realleges paragraphs 1 through 69 above. This Count is pled in the alternative to Counts 1 and 2.

109.    Roberta made a series of false and defamatory statements about Ronald to third parties.

110.    The false and defamatory statements included the following:

      a.      Ronald committed the crime of grand theft and stole Lucille's jewelry;

15

      b.    Ronald stole Lucille's car;

      c.    Ronald improperly used Lucille's money to pay his attorneys' fees in the probate litigation;

      d.    Ronald improperly used Walter's estate's money to pay his attorneys' fees in the probate litigation;

      e.    Ronald prevented Lucille from visiting Walter in the hospital;

      f.    Ronald forced Lucille to ask his permission to visit Walter in the hospital;

      g.    Ronald tricked Lucille and Walter into signing estate planning documents that were not favorable for Lucille;

      h.    Ronald inserted himself into Walter's Will as his named personal representative;

      i.    Ronald refused to leave Lucille's apartment; and

      j.    Ronald took advantage of Lucille and Walter.

111.    Roberta should have known that these statements were false at the time that she made them.

112.    As a proximate result and consequence of Roberta's defamation, Ronald has suffered general and special damages, including (a) past and future damage to his business, reputation, and occupation; (b) past and future loss of ability to earn money; (c) past and future shame, humiliation, mental anguish, and hurt feelings; and in the alternative, (d) nominal damages.

WHEREFORE, Plaintiff, Ronald Rubin, demands judgment against Defendant, Roberta Rubin, for general and special damages, including (a) past and future damage to Ronald's business,

reputation, and occupation; (b) past and future loss of ability to earn money; (c) past and future shame, humiliation, mental anguish, and hurt feelings; (d) nominal damages; (e) interest; (f) costs; and (g) such further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as a matter of right on all matters so triable.

Dated: 12/17/21

                    KATZMAN WASSERMAN
                    BENNARDINI & RUBINSTEIN, P.A.
                    7900 Glades Road, Suite 140
                    Boca Raton, Florida 33434
                    Tel.: (561) 477-7774
                    Fax: (561) 477-7447


By:   /s/ Craig A. Rubinstein
       STEVEN M. KATZMAN
       Fla. Bar No.: 375861
       smk@kwblaw.com
       mrm@kwblaw.com
       CRAIG A. RUBINSTEIN
       Fla. Bar No.: 77755
       car@kwblaw.com